FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone:  (702) 252-3131
E-Mail Address:  smahoney@fisherphillips.com
Attorney for Defendant,
Panasonic Corporation of North America

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBIN WARD, | Case No: 3:22-cv-00435-ART-CSD |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| vs. | **(First Request)** |
| PANASONIC CORPORATION OF NORTH AMERICA, and DOES 1-50, inclusive | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that Defendant will have an extension of time up to and including November 4, 2022 to answer or otherwise respond to Plaintiff's Complaint (ECF No. 1).  Defense counsel needs additional time because he has recently been retained and needs to further investigate the facts before filing a response.  This is the first request

for an extension of this deadline.

| SANTOS LAW, PLLC | FISHER & PHILLIPS |
|---|---|
| By: /s/ Theresa M. Santos, Esq.<br>Theresa M. Santos, Esq.<br>One East First Street, Suite 1000<br>Reno, NV 89501<br>Attorneys for Plaintiff | By: /s/ Scott M. Mahoney, Esq.<br>Scott M. Mahoney, Esq.<br>300 S. Fourth Street, Suite 1500<br>Las Vegas, Nevada 89101<br>Attorney for Defendants |

IT IS SO ORDERED:

_C S B_ (signature)

UNITED STATES MAGISTRATE JUDGE

Dated: October 21, 2022

FP 45452302.1

- 2 -