FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone: (702) 252-3131
E-Mail Address:  smahoney@fisherphillips.com
Attorney for Defendant,
Panasonic Corporation of North America

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBIN WARD, | Case No: 3:22-cv-00435-ART-CSD |
| Plaintiff, | **CERTIFICATE REQUIRED BY LOCAL RULE 7.1** |
| vs. | |
| PANASONIC CORPORATION OF NORTH AMERICA, and DOES 1-50, inclusive | |
| Defendants. | |

The undersigned, counsel of record for Defendant, certifies there are no known interested parties other than those participating in this action.  Plaintiff's employer was Panasonic Energy Company of North America, which is a division of Defendant, which is a wholly-owned subsidiary of Panasonic Holding (Netherlands) B.V., the ultimate parent company of which is Panasonic Corporation.  These representations are made to enable the judges of the Court to evaluate possible disqualification or recusal.

FISHER & PHILLIPS LLP

 /s/ Scott M. Mahoney, Esq.
SCOTT M. MAHONEY, ESQ.
300 S. Fourth Street #1500
Las Vegas, Nevada 89101
Attorneys for Defendant