**FISHER & PHILLIPS LLP**
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBIN WARD, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>PANASONIC CORPORATION OF )<br>NORTH AMERICA, and DOES 1-50, )<br>inclusive )<br>)<br>Defendants. )<br>)<br>)<br>_____ ) | Case No: 3:22-cv-00435-ART-CSD<br><br>**ORDER APPROVING<br>STIPULATION FOR DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED that this case be dismissed

with prejudice, with each party to bear its own costs and attorney's fees.

SANTOS LAW, PLLC                    FISHER & PHILLIPS


By:  /s/ Theresa M. Santos, Esq.          By: /s/ Scott M. Mahoney, Esq.
Theresa M. Santos, Esq.             Scott M.Mahoney, Esq.
One East First Street, Suite 1000   300 S. Fourth Street, Suite 1500
Reno, NV 89501                      Las Vegas, Nevada 89101
Attorneys for Plaintiff             Attorney for Defendants


IT IS SO ORDERED:

_____
Anne R. Traum
United States District Judge

Dated: January 30, 2023

FP 46172640.1

- 1 -